UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60557-ALTMAN/HUNT

A&E ADVENTURES, LLC,
a Florida Limited Liability Company

      Plaintiff,

v.

INTERCARD, INC.,
a Nevada corporation,

      Defendant.
_____/

## JOINT MOTION TO AMEND ORDER SETTING TRIAL

Plaintiff A&E Adventures, LLC ("A&E") and Defendant Intercard, Inc. ("Intercard"), hereby file this Joint Motion to amend the Order Setting Trial and Pre-Trial Schedule [DE 89] ("Trial Order"). In support of this Motion, the parties state:

1. This case is scheduled for a jury trial.

2. On April 2, 2020, the Court entered the Trial Order, which set the case for trial during the two-week trial calendar beginning on September 14, 2020. In light of Chief Judge K. Michael Moore's Fifth Order Concerning Jury Trials and Other Proceedings, the Parties moved this Court for a modification of the Trial Order.

3. On July 28, 2020, the Court granted the Parties' motion and entered its Amended Order Setting Trial and Pre-trial Schedule. The Court ordered the Parties to appear for calendar call on January 12, 2020 and further ordered that by December 10, 2020:

> The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions in limine (other than Daubert motions). Each party is limited to filing one motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties are**

     **reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.**

 4. On October 20, 2020, Chief Judge K. Michael Moore entered a Seventh Order Concerning Jury Trials and Other Proceedings which, *inter alia*, continued all jury trials until April 5, 2021 and allowed individual Judges to extend trial specific deadlines in their discretion.

 5. The parties respectfully request that the Court amend the Trial Order, including the December 10 deadline for the joint pre-trial stipulation, exhibit list, witness list, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law.

 6. Good cause exists for extending the December 10 deadline in this case because absent an extension the parties will expend significant time preparing motions, jury instructions, and verdict forms that may ultimately be rendered moot.

 7. At this time, both parties have pending motions for summary judgment. *See* DE 79, 97, 104 (Defendant's Motion); DE 109, 116, 123 (Plaintiff's Motion). Both motions have been fully briefed and are ripe for review by this Court.

 8. The summary judgment motions could resolve the case in full, or significantly narrow the claims and issues, and therefore may materially alter what the parties need to include in the pre-trial stipulation and jury instructions or what motions in limine the parties ultimately file.

 9. Thus, granting the requested extension would be economical and consistent with the mandate of the Federal Rules of Civil Procedure that cases be administered to secure an "inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

 10. Moreover, there is no prejudice in granting the motion because the trial date is automatically extended by the Seventh Order.

 11. The Parties defer to the Court as to the appropriate extension in light of the current uncertainty, but propose an extension of the current trial setting to April and the December 10 deadline to March.

 12. Pursuant to Local Rule 7.6, supporting declarations are attached hereto as Exhibits A and B.

 WHEREFORE, the parties respectfully request that the Court enter an order

extending the remaining deadlines in the Trial Order as set forth above and granting such other relief as it deems proper.

Dated: October 27, 2020

By: */s/ Samuel M. Sheldon*
   **Samuel M. Sheldon, Esq.**
   Florida Bar No. 54088
   E-mail:  sms@beharlegal.com
   Howard R. Behar, Esq.
   Florida Bar No. 54471
   E-mail:  hrb@beharlegal.com
   **THE BEHAR LAW FIRM, P.A.**
   3323 NE 163rd Street
   Suite 402
   North Miami Beach, Florida 33160
   Telephone: (786) 735-3300
   Facsimile: (786) 735-3307

*Attorneys for Plaintiff A&E Adventures LLC*

By: */s/ Jonathan P. Hart*
   **Jonathan P. Hart, Esq.**
   Florida Bar No. 55982
   E-mail: jhart@shutts.com
   **SHUTTS & BOWEN LLP**
   525 Okeechobee Boulevard
   Suite 1100
   West Palm Beach, FL  33401
   Telephone:  (561) 835-8500
   Facsimile:   (561) 650-8530

   Frank A. Zacherl, Esq.
   Florida Bar No. 868094
   FZacherl@shutts.com
   Oliver Sepulveda, Esq.
   Florida  Bar No. 111763
   OSepulveda@shutts.com
   **SHUTTS & BOWEN LLP**
   200 South Biscayne Boulevard
   Suite 4100
   Miami, FL  33131
   Telephone:  (305) 358-6300
   Facsimile:  (305) 381-9982
   LMFernandez@shutts.com

*Attorneys for Defendant Intercard, Inc.*

WPBDOCS 10543954 1 49413.0001