# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-CIV-60557-ALTMAN/HUNT

A&E ADVENTURES, LLC,
a Florida Limited Liability Company

      Plaintiff,

v.

INTERCARD, INC.,
a Nevada corporation,

      Defendant.

_____/

### DEFENDANT'S NOTIFICATION OF NINETY DAYS EXPIRING

Defendant Intercard, Inc. ("Intercard"), hereby files this Notification of Ninety Days Expiring, pursuant to Local Rule 7.1(b)(4), pertaining to Intercard's Motion for Summary Judgment [DE 79] and in support states:

1. On March 13, 2020, Intercard filed and served the Defendant's Motion for Summary Judgment [DE 79].

2. On April 20, 2020, Plaintiff, A&E Adventures, LLC, filed and served Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [DE 96]. On the same day, Plaintiff filed and served Plaintiff's Corrected Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [DE 97].

3. On May 1, 2020, Intercard filed and served the Defendant's Reply in Support of Motion for Summary Judgment [DE 104].

4. Intercard's Motion for Summary Judgment has been fully briefed since May 1, 2020, and the ninety-day period expired on July 30, 2020. No hearing has been held or set on the Motion for Summary Judgment.

Dated: October 27, 2020                    Respectfully submitted,


                                           By:   /s/ Jonathan P. Hart
                                               **Jonathan P. Hart, Esq.**
                                               Florida Bar No. 55982
                                               E-mail:  jhart@shutts.com
                                               **SHUTTS & BOWEN LLP**
                                               525 Okeechobee Boulevard
                                               Suite 1100
                                               West Palm Beach, FL  33401
                                               Telephone:  (561) 835-8500
                                               Facsimile:  (561) 650-8530

                                               Frank A. Zacherl, Esq.
                                               Florida Bar No. 868094
                                               FZacherl@shutts.com
                                               Oliver Sepulveda, Esq.
                                               Florida  Bar No. 111763
                                               OSepulveda@shutts.com
                                               **SHUTTS & BOWEN LLP**
                                               200 South Biscayne Boulevard
                                               Suite 4100
                                               Miami, FL  33131
                                               Telephone:  (305) 358-6300
                                               Facsimile:  (305) 381-9982
                                               LMFernandez@shutts.com


                                               *Attorneys for Defendant Intercard, Inc.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 27, 2020, a true and correct copy of the foregoing was served via the Court's CM/ECF system on:

Howard R. Behar, Esq.
hrb@beharlegal.com
Samuel M. Sheldon, Esq.
sms@beharlegal.com
The Behar Law Firm, P.A.
3323 NE 163rd Street, Suite 402
North Miami Beach, Florida 33160

2

Telephone: (786) 735-3300
Facsimile: (786) 735-3307
*Attorneys for Plaintiff A&E Adventures LLC*

By: */s/ Jonathan P. Hart*
**Jonathan P. Hart, Esq.**

WPBDOCS 10544065 1