UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60557-CIV-ALTMAN/Hunt

A&E ADVENTURES LLC,

     *Plaintiff,*

v.

INTERCARD, INC.,

     *Defendant.*

_____/

## SECOND AMENDED SCHEDULING ORDER

**THIS MATTER** comes before the Court on the parties' Joint Motion to Amend Order Setting Trial [ECF No. 128] (the "Motion"). Being fully advised, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The Motion [ECF No. 128] is **GRANTED**.

2. The Court's Scheduling Order is **AMENDED** as set out below.[1]

This case is set for trial during the Court's two-week trial calendar beginning on **April 26, 2021**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on April 20, 2021**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The parties shall adhere to the following schedule:

**April 12, 2021.** The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties**

---

[1] The Court's prior Scheduling Order(s) shall remain in effect to the extent not addressed by this Order.

are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of October 2020.

 

 

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record