UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60557-CIV-ALTMAN/Hunt

**A&E ADVENTURES LLC**,

    *Plaintiff,*

v.

**INTERCARD, INC.**,

    *Defendant.*

_____/

**ORDER**

    This case is set for trial during the Court's two-week trial calendar beginning on **June 7, 2021**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on June 1, 2021**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.[1]

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of February 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Court's prior Scheduling Orders shall remain in effect to the extent not addressed by this Order.