UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60557-ALTMAN/HUNT

A&E ADVENTURES, LLC,
a Florida Limited Liability Company

  Plaintiff,

v.

INTERCARD, INC.,
a Nevada corporation,

  Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO AMEND ORDER SETTING TRIAL**

  Defendant Intercard, Inc. ("Intercard") respectfully moves, unopposed, for an order modifying its February 9, 2021 Order [DE 131] ("Trial Order"), which set this case for trial during the two-week trial calendar beginning on June 7, 2021, and setting the case for a later trial calendar and calendar call.   In support of this Motion, Intercard states:

  1. On November 2, 2020, the Court entered the Second Amended Scheduling Order [DE 130], which set the case for trial during the two-week trial calendar beginning on April 26, 2021 and ordered the parties to appear for calendar call on April 20, 2020.

  2. On February 9, 2021, the Court entered the Trial Order, which set the case for trial during the two-week trial calendar beginning on June 7, 2021 and ordered the parties to appear for calendar call on June 1, 2021.

  3. Intercard respectfully requests that the Court amend the Trial Order, to set the case on a later trial calendar with a later calendar call.

  4. Good cause exists for the relief requested because undersigned counsel is scheduled to be in Wisconsin the week of June 7 to attend a family wedding on June 12, 2020, where undersigned counsel will be the best man.

  5. The requested extension is not sought for purposes of delay.

  6. Counsel conferred with counsel for Plaintiff regarding the relief sought herein, who advised that Plaintiff has no objection to the requested extension.

1

7. Pursuant to Local Rule 7.6, a supporting declaration is attached hereto as Exhibit A.

8. A proposed order is attached as Exhibit B.

WHEREFORE, Intercard respectfully requests that the Court enter an order amending its February 9, 2021 Order to schedule this case for a later trial calendar and calendar call and granting such other relief as it deems proper.

## Local Rule 7.1(a)(3) Certification

Undersigned counsel conferred with counsel for all parties who may be affected by the relief sought in the motion, and counsel advised that they have no objection to the relief sought.

Dated: February 9, 2021

By: /s/ Jonathan P. Hart
**Jonathan P. Hart, Esq.**
Florida Bar No. 55982
E-mail: jhart@shutts.com
**SHUTTS & BOWEN LLP**
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

Frank A. Zacherl, Esq.
Florida Bar No. 868094
FZacherl@shutts.com
Oliver Sepulveda, Esq.
Florida Bar No. 111763
OSepulveda@shutts.com
**SHUTTS & BOWEN LLP**
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Telephone: (305) 358-6300
Facsimile: (305) 381-9982
LMFernandez@shutts.com
KRicketts@shutts.com

*Attorneys for Defendant Intercard, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on February 9, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF system on:

Howard R. Behar, Esq.
hrb@beharlegal.com
Samuel M. Sheldon, Esq.
sms@beharlegal.com
The Behar Law Firm, P.A.
3323 NE 163rd Street, Suite 402
North Miami Beach, Florida 33160
Telephone: (786) 735-3300
Facsimile: (786) 735-3307
*Attorneys for Plaintiff A&E Adventures LLC*

By: */s/ Jonathan P. Hart*
     Jonathan P. Hart, Esq.